AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mark Carrie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:10-cv-960-RMG |
| Warden John Owens | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated. Summary Judgment in entered on behalf of the Respondent. The Petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:   January 24, 2011                                             *CLERK OF COURT*   Larry W. Propes

                                                                    _____/s/ Stillman_____
                                                                    *Deputy Clerk*